IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HITACHI KOKI CO., LTD,** ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 07-1504 (ESH) |
| ) | |
| v. ) | |
| ) | |
| ) | |
| **JON W. DUDAS, Director, United States** ) | |
| **Patent & Trademark Office,** ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

### DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant, Jon W. Dudas, through counsel, respectfully moves this Court for a one-week extension of time to file his response to plaintiffs' complaint, up to and including December 17, 2007. In support of this motion, defendant states the following:

1. Plaintiff filed this action on August 21, 2007. In its complaint, plaintiff challenges the decision of the United States Patent & Trademark Office ("USPTO") in which it concluded that plaintiff's proposed patent was not patentable for obviousness.

2. Service appears to have been perfected on or about October 10, 2007.[1] Defendant's response to the complaint is therefore due on December 10, 2007.

3. The undersigned counsel has been in contact with counsel at the USPTO and is in the process of preparing a dispositive motion which counsel for the USPTO believes will either

---

[1] It appears that the Attorney General was not properly served until some time after December 10, 2007. However, the precise date of service could not be verified, which is why counsel is filing the present motion.

dispose of the claims in this matter or significantly narrow the claims to be presented to the Court. However, due to the undersigned counsel's substantial case load, she has not yet had the opportunity to finalize this motion and requires additional time to do so.

4. Accordingly, counsel seeks a one-week extension of time in which to finalize defendant's response to the complaint up to and including December 17, 2007.

5. Pursuant to LCvR 7(m), counsel for defendant contacted plaintiff's counsel who indicated that plaintiff will not oppose the relief sought herein.

Dated: December 10, 2007

        Respectfully submitted,

         /s/ Jeffrey A. Taylor
        JEFFREY A. TAYLOR, D.C. BAR # 498610
        United States Attorney

         /s/ Rudolph Contreras
        RUDOLPH CONTRERAS, D.C. BAR # 434122
        Assistant United States Attorney

         /s/ Michelle N. Johnson
        MICHELLE N. JOHNSON, D.C. BAR # 491910
        Assistant United States Attorney
        United States Attorney's Office
        Civil Division
        555 4th Street, N.W. – Room E4212
        Washington, D.C. 20530
        (202) 514-7139

        COUNSEL FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HITACHI KOKI CO., LTD,** ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 07-1504 (ESH) |
| ) | |
| v. ) | |
| ) | |
| ) | |
| **JON W. DUDAS, Director, United States** ) | |
| **Patent & Trademark Office,** ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

## PROPOSED ORDER

This matter having come before the Court on defendant's unopposed motion for an extension of time to respond to the complaint, and it appearing in the interests of justice that the motion should be granted, it is hereby

ORDERED that defendant's motion is granted. And it is further

ORDERED that defendant shall respond to the complaint on or before December 17, 2007.

SO ORDERED on this _____ day of December, 2007.

_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE