IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **HITACHI KOKI CO., LTD,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 07-1504 (ESH) |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| **JON W. DUDAS, Director, United States Patent & Trademark Office,** | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## DEFENDANT'S MOTION FOR A TWO-DAY EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant, Jon W. Dudas, through counsel, respectfully moves this Court for a two-day extension of time to file his response to plaintiffs' complaint, up to and including December 19, 2007.  In support of this motion, defendant states the following:

1. Plaintiff filed this action on August 21, 2007.  In its complaint, plaintiff challenges the decision of the United States Patent & Trademark Office ("USPTO") in which it concluded that plaintiff's proposed patent was not patentable for obviousness.

2. Service appears to have been perfected on or about October 10, 2007.[1] Defendant's response to the complaint is therefore due on December 10, 2007.

3. The undersigned counsel has been in contact with counsel at the USPTO and has prepared a dispositive motion that is substantially complete.  However, counsel requires

---

[1] It appears that the Attorney General was not properly served until some time after December 10, 2007.  However, the precise date of service could not be verified, which is why counsel is filing the present motion.

additional time to finalize this motion, and today has been in participating in a hearing that began this morning and is scheduled to resume at 1:45 p.m.[2]

4.      Accordingly, counsel seeks two additional business days in which to finalize defendant's response to the complaint up to and including December 19, 2007.

5.      Pursuant to LCvR 7(m), counsel for defendant contacted plaintiff's counsel. However, counsel was not able to reach plaintiff's counsel and wanted to file this motion at her first opportunity.

Dated: December 17, 2007

Respectfully submitted,

  /s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

  /s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #  434122
Assistant United States Attorney

  /s/ Michelle N. Johnson
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139

COUNSEL FOR DEFENDANT

---

[2] The hearing is in the matter of Moore v. Chertoff, Civil Action No. 00-953, and is being conducted before Magistrate Judge Robinson.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HITACHI KOKI CO., LTD,** ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 07-1504 (ESH) |
| ) | |
| v. ) | |
| ) | |
| ) | |
| **JON W. DUDAS, Director, United States** ) | |
| **Patent & Trademark Office,** ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

**PROPOSED ORDER**

This matter having come before the Court on defendant's motion for a two-day extension of time to respond to the complaint, and it appearing in the interests of justice that the motion should be granted, it is hereby

**ORDERED** that defendant's motion is granted.  And it is further

**ORDERED** that defendant shall respond to the complaint on or before December 19, 2007.

**SO ORDERED** on this \_\_\_\_\_ day of December, 2007.

_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE