IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HITACHI KOKI CO., LTD., ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 07-cv-01504 (ESH) |
| JON W. DUDAS, Director,[1] ) United States Patent And Trademark Office ) | |
| Defendant. ) | |

NOTICE TO THE COURT REGARDING
FILING OF ADMINISTRATIVE RECORD

Defendant, Jon W. Dudas, Director of the United States Patent and Trademark Office, hereby lodges the administrative record in the above-captioned case. The administrative record is being filed in paper copy. This notice is being filed both electronically and in paper copy.[2]

Respectfully submitted,

/s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

---

[1] The complaint erroneously names the defendant as Jon W. Dukas. The proper spelling of defendant's last name is Dudas, as indicated in the first line of the complaint.

[2] This filing does not contain those records that were public in nature, i.e., the patents that were discussed and relied upon by the Board. Those documents will be filed in the appendix to be filed with the Court in connection with defendant's motion for summary judgment pursuant to this Court's Local Civil Rule 7(n).

    /s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

    /s/ Michelle N. Johnson
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139

COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of December, 2007, a copy of the foregoing notice of filing administrative record, together with a copy of the administrative record, was served by first class mail, postage prepaid, on:

Paul Devinsky
McDermott, Will & Emery
600 13th Street, NW
Washington, DC 20005-3096

/s/ Michelle N. Johnson
Michelle N. Johnson
Assistant United States Attorney
Office of the United States Attorney for the
District of Columbia
555 Fourth Street, NW
Room E4212
Washington, DC 20001