UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HITACHI KOKI CO., LTD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JON W. DUDAS, Director, United States )<br>Patent & Trademark Office, )<br>)<br>Defendant. )<br>) | Civil Action No.: 07-1504(ESH) |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME
TO RESPOND TO THE SUMMARY JUDGMENT MOTION**

Pursuant to Rule 6(b)(1) of the Federal Rules of civil Procedure, Plaintiff, Hitachi Koki Co, Ltd., through counsel respectfully moves this Court for an extension of time until January 31, 2008 to file its response to Defendant's Motion for Summary Judgment. In support of this motion, Plaintiff states the following:

1.  Plaintiff filed this action on August 21, 2007, challenging the decision of the United States Patent & Trademark Office ("USPTO") in which it concluded that the claim in plaintiff's reissue patent application were unpatentable for obviousness.

2.  Defendant's sought and received extensions to respond to the complaint to December 19, 2007.

3.  Defendant filed and served (via U.S. Mail) its Motion for Summary Judgment in lieu of an Answer on December 19, 2007.

4.  Plaintiff is in the process of preparing factual affidavits and gathering evidence to respond to Defendant's Summary Judgment Motion but has been hampered by the unavailability of witness during the Christmas – New Year period, as well as the official closure of plaintiff's offices during part of the holiday period. In addition, Plaintiff has been hampered by the partial unavailability of Mr. Connelly, one of the lawyers working on this matter, due to the birth of his newest child earlier this week, and his attendant paternity leave.

5.  Accordingly, counsel for Plaintiff seeks additional time up to and including January 31, 2008 in order to finalize its responses to Defendant's Summary Judgment Motion.

    6.    Pursuant to LCvR 7(m), counsel for Plaintiff contacted Defendant's counsel, Michelle N. Johnson, who has indicated she does not oppose this Motion.

    7.    Plaintiff has not previously requested any extension of time.

Respectfully submitted,

Date: January 3, 2008    By:    _____/s/_ Paul Devinsky_____
Paul Devinsky – D.C. Bar No. 250373
Michael Connelly – D.C. Bar No. 495872
McDermott Will & Emery LLP
Attorneys for Hitachi Koki Co., Ltd.
600 Thirteenth Street, N.W.
Washington, D.C. 20005-3096
202.756.8369
202.756.8087 (Facsimile)

COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of January, 2008, a copy of the foregoing PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE SUMMARY JUDGMENT MOTION was served by first class mail, postage prepaid, on the following:

Michelle N. Johnson, Esq.
Assistant United States Attorney
Untied States Attorney's Office
Civil Division
555 4th Street, N.W., Room E4212
Washington, D.C. 20530

Stephen Walsh, Esq.
Acting Solicitor
United States Patent and Trademark Office
P.O. Box 15667
Arlington, VA 22218

Date: January 3, 2008

/s/ Paul Devinsky
Paul Devinsky – D.C. Bar No. 250373
Michael Connelly – D.C. Bar No. 495872
McDermott Will & Emery LLP
Attorneys for Hitachi Koki Co., Ltd.
600 Thirteenth Street, N.W.
Washington, D.C. 20005-3096
202.756.8369
202.756.8087 (Facsimile)

COUNSEL FOR PLAINTIFF

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HITACHI KOKI CO., LTD, <br><br> Plaintiff, <br><br> v. <br><br> JON W. DUDAS, Director, United States Patent & Trademark Office, <br><br> Defendant. | Civil Action No.: 07-1504(ESH) |

## PROPOSED ORDER

This matter having come before the Court on plaintiff's motion for an extension of time to respond to the Motion for Summary Judgment, and it appearing in the interests of justice that the motion should be granted, it is hereby

**ORDERED** that the plaintiff's motion be granted. And it is further

**ORDERED** that plaintiff shall respond to the Motion for Summary Judgment on or before January 31, 2008.

**SO ORDERED** on this ____ day of January, 2008.

_____
Ellen Segal Huvelle
United States District Judge

WDC99 1510822-1.033065.0025