UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| HITACHI KOKI CO., LTD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 07-1504(ESH) |
| ) | |
| JON W. DUDAS, Director, United States ) | |
| Patent & Trademark Office, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE SUMMARY JUDGMENT MOTION

Pursuant to Rule 6(b)(1) of the Federal Rules of civil Procedure, Plaintiff, Hitachi Koki Co, Ltd., through counsel respectfully moves this Court for an extension of time until February 8, 2008 to file its response to Defendant's Motion for Summary Judgment. In support of this motion, Plaintiff states the following:

1. Plaintiff filed this action on August 21, 2007, challenging the decision of the United States Patent & Trademark Office ("USPTO") in which it concluded that the claim in plaintiff's reissue patent application were unpatentable for obviousness.

2. Defendant's sought and received extensions to respond to the complaint to December 19, 2007.

3. Defendant filed and served (via U.S. Mail) its Motion for Summary Judgment in lieu of an Answer on December 19, 2007.

4. Plaintiff is in the process of preparing factual affidavits and gathering evidence to respond to Defendant's Summary Judgment Motion but has been hampered by the partial unavailability of Mr. Devinsky, one of the lawyers working on this matter, due to a recent illness.

5. Accordingly, counsel for Plaintiff seeks additional time up to and including February 8, 2008 in order to finalize its responses to Defendant's Summary Judgment Motion.

6. Pursuant to LCvR 7(m), counsel for Plaintiff contacted Defendant's counsel, Michelle N. Johnson, who has indicated she does not oppose this Motion.

7. Plaintiff has previously requested and received one extension of time.

Respectfully submitted,

Date: January 30, 2008         By:         /s/ Paul Devinsky
                                           Paul Devinsky – D.C. Bar No. 250373
                                           Michael Connelly – D.C. Bar No. 495872
                                           McDermott Will & Emery LLP
                                           Attorneys for Hitachi Koki Co., Ltd.
                                           600 Thirteenth Street, N.W.
                                           Washington, D.C. 20005-3096
                                           202.756.8369
                                           202.756.8087 (Facsimile)

                                           COUNSEL FOR PLAINTIFF

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HITACHI KOKI CO., LTD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 07-1504(ESH) |
| ) | |
| JON W. DUDAS, Director, United States ) | |
| Patent & Trademark Office, ) | |
| ) | |
| Defendant. ) | |

PROPOSED ORDER

This matter having come before the Court on plaintiff's motion for an extension of time to respond to the Motion for Summary Judgment, and it appearing in the interests of justice that the motion should be granted, it is hereby

**ORDERED** that the plaintiff's motion be granted. And it is further

**ORDERED** that plaintiff shall respond to the Motion for Summary Judgment on or before February 8, 2008.

**SO ORDERED** on this ____ day of January, 2008.

_____
Ellen Segal Huvelle
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th Day of January 2008, a copy of the foregoing Plaintiff's **UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE SUMMARY JUDGMENT MOTION** was served by first class mail, postage prepaid, on the following:

Michelle N. Johnson, Esq.

Assistant United States Attorney

Civil Division

555 4th Street, N.W. Room E4212

Washington D.C. 20530


Stephen Walsh, Esq.

Acting Solicitor

United States Patent and Trademark Office

P. O. Box 15667

Arlington, VA 22218


Date:   January 30, 2008

/s/ Paul Devinsky
Paul Devinsky – D.C. Bar No. 250373
Michael Connelly – D.C. Bar No. 495872
McDermott Will & Emery LLP
Attorneys for Hitachi Koki Co., Ltd.
600 Thirteenth Street, N.W.
Washington, D.C.  20005-3096
202.756.8369
202.756.8087 (Facsimile)

COUNSEL FOR PLAINTIFF