IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **HITACHI KOKI CO., LTD,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 07-1504 (ESH) |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| **JON W. DUDAS, Director, United States Patent & Trademark Office,** | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

### DEFENDANT'S (SECOND) MOTION FOR AN EXTENSION OF TIME TO FILE HIS REPLY IN FURTHER SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT AND HIS OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant, Jon W. Dudas, through counsel, respectfully moves this Court for a further enlargement of time to file his reply in further support of his motion for summary judgment and his opposition to plaintiff's motion for summary judgment. In support of this motion, defendant states the following:

1.  Plaintiff filed this action on August 21, 2007. In its complaint, plaintiff challenges the decision of the United States Patent & Trademark Office ("USPTO") in which it concluded that plaintiff's proposed patent was not patentable for obviousness.

2.  On December 19, 2007, defendant filed his motion for summary judgment.

3.  On February 11, 2008, plaintiff filed its opposition to defendant's motion for summary judgment. Also on that date, plaintiff filed a motion for summary judgment. Defendant requested and received an extension of time until March 10, 2008 to file defendants' reply and opposition to plaintiff's motion for summary judgment.

4.        The undersigned counsel has been in contact with agency counsel at the USPTO and defendant's reply/opposition has been substantially completed. However, to ensure that sufficient time is allotted for the requisite review to occur, counsel is requesting a four-day enlargement of time to file defendant's reply/opposition.

5.        Accordingly, counsel requests an extension of time up to and including March 14, 2008, in which to file defendant's reply in further support of his motion for summary judgment and defendant's opposition to plaintiff's motion for summary judgment.

6.        Pursuant to LCvR 7(m), counsel for defendant contacted plaintiff's counsel who stated that plaintiff does not oppose the relief sought in this motion.

Dated: March 7, 2008

                                  Respectfully submitted,

                                     /s/ Jeffrey A. Taylor
                                  JEFFREY A. TAYLOR, D.C. BAR # 498610
                                  United States Attorney

                                     /s/ Rudolph Contreras
                                  RUDOLPH CONTRERAS, D.C. BAR #  434122
                                  Assistant United States Attorney

                                     /s/ Michelle N. Johnson
                                  MICHELLE N. JOHNSON, D.C. BAR # 491910
                                  Assistant United States Attorney
                                  United States Attorney's Office
                                  Civil Division
                                  555 4th Street, N.W. – Room E4212
                                  Washington, D.C. 20530
                                  (202) 514-7139

                                  COUNSEL FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HITACHI KOKI CO., LTD,** ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 07-1504 (ESH) |
| ) | |
| v. ) | |
| ) | |
| **JON W. DUDAS,** Director, United States ) | |
| **Patent & Trademark Office,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

## PROPOSED ORDER

This matter having come before the Court on defendant's motion for an extension of time to file his reply in further support of his motion for summary judgment and his opposition to plaintiff's motion for summary judgment, and it appearing in the interests of justice that the motion should be granted, it is hereby

**ORDERED** that defendant's motion is granted. And it is further

**ORDERED** that defendant shall have up to and including March 14, 2008, in which to file his reply in further support of his motion for summary judgment and his response in opposition to plaintiff's motion for summary judgment.

**SO ORDERED** on this _____ day of _____, 2008.

_____
ELLEN SEGAL HUVELLE

UNITED STATES DISTRICT JUDGE