IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HITACHI KOKI CO., LTD,** ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 07-1504 (ESH) |
| ) | |
| v. ) | |
| ) | |
| ) | |
| **JON W. DUDAS, Director, United States** ) | |
| **Patent & Trademark Office,** ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

**DEFENDANT'S MOTION FOR A ONE-BUSINESS DAY EXTENSION OF TIME TO FILE HIS REPLY IN FURTHER SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT AND HIS OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant, Jon W. Dudas, through counsel, respectfully moves this Court an additional business day to file his reply in further support of his motion for summary judgment and his opposition to plaintiff's motion for summary judgment. In support of this motion, defendant states the following:

1. Plaintiff filed this action on August 21, 2007. In its complaint, plaintiff challenges the decision of the United States Patent & Trademark Office ("USPTO") in which it concluded that plaintiff's proposed patent was not patentable for obviousness.

2. On December 19, 2007, defendant filed his motion for summary judgment.

3. On February 11, 2008, plaintiff filed its opposition to defendant's motion for summary judgment. Also on that date, plaintiff filed a motion for summary judgment. This Court previously granted defendant's request to file his reply/opposition up to and including March 14, 2008.

4.　　While defendant's brief has been substantially completed, an additional business day is requested so that further review at the agency can occur. Accordingly, counsel requests an extension of time up to and including March 17, 2008, in which to file defendant's reply in further support of his motion for summary judgment and defendant's opposition to plaintiff's motion for summary judgment.

5.　　Pursuant to LCvR 7(m), counsel for defendant contacted plaintiff's counsel who stated that plaintiff does not oppose the relief sought in this motion.

Dated: March 14, 2008

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Jeffrey A. Taylor
　　　　　　　　　　　　　　　　　　JEFFREY A. TAYLOR, D.C. BAR # 498610
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　/s/ Rudolph Contreras
　　　　　　　　　　　　　　　　　　RUDOLPH CONTRERAS, D.C. BAR # 434122
　　　　　　　　　　　　　　　　　　Assistant United States Attorney

　　　　　　　　　　　　　　　　　　　/s/ Michelle N. Johnson
　　　　　　　　　　　　　　　　　　MICHELLE N. JOHNSON, D.C. BAR # 491910
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　United States Attorney's Office
　　　　　　　　　　　　　　　　　　Civil Division
　　　　　　　　　　　　　　　　　　555 4th Street, N.W. – Room E4212
　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　(202) 514-7139

　　　　　　　　　　　　　　　　　　COUNSEL FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **HITACHI KOKI CO., LTD,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 07-1504 (ESH) |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| **JON W. DUDAS, Director, United States Patent & Trademark Office,** | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## PROPOSED ORDER

This matter having come before the Court on defendant's motion for a one business day extension of time to file his reply in further support of his motion for summary judgment and his opposition to plaintiff's motion for summary judgment, and it appearing in the interests of justice that the motion should be granted, it is hereby

**ORDERED** that defendant's motion is granted. And it is further

**ORDERED** that defendant shall have up to and including March 17, 2008, in which to file his reply in further support of his motion for summary judgment and his response in opposition to plaintiff's motion for summary judgment.

**SO ORDERED** on this _____ day of _____, 2008.

_____
ELLEN SEGAL HUVELLE

                                        UNITED STATES DISTRICT JUDGE