UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HITACHI KOKI CO., LTD, <br><br>Plaintiff, <br><br>v. <br><br>JON W. DUDAS, Director, United States Patent & Trademark Office, <br><br>Defendant. | Civil Action No.: 07-1504 (ESH) |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME
TO FILE A REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Plaintiff Hitachi Koki Co., Ltd. ("Hitachi"), through counsel, respectfully moves this Court for an extension of time until April 10, 2008 to file its reply in support of its motion for summary judgment. In support of this Motion, Plaintiff states the following:

1. Plaintiff filed this action on August 21, 2007, challenging the decision of the United States Patent & Trademark Office in which it concluded that the claim in plaintiff's reissue patent application wAS unpatentable for obviousness.

2. On February 13, 2008, Hitachi filed a Motion for Summary Judgment.

3. Defendant sought and received three extensions to respond to Hitachi's Motion for Summary Judgment.

4. On March 17, 2008, Defendant filed his Opposition to Hitachi's Motion for Summary Judgment.

5.  The undersigned counsel calculates that Hitachi's reply in further support of its Motion for Summary Judgment is due on March 27, 2008. However, due to commitments on other active matters and scheduling demands beyond his control, the undersigned counsel requests additional time in which to complete Hitachi's reply in support of its Motion for Summary Judgment.

6.  Accordingly, Hitachi requests an extension of time up to and including April 10, 2008 in which to file a reply in support of its Motion for Summary Judgment.

7.  Counsel for Hitachi contacted Defendant's counsel, Michelle N. Johnson, who stated Defendant is unopposed to this Motion.

A proposed Order is attached herewith.

Date:  March 21, 2008

                                     Respectfully submitted,

                                     /s/ Paul Devinsky
                                     Paul Devinsky – D.C. Bar No. 250373
                                     Michael Connelly – D.C. Bar No. 495872
                                     McDermott Will & Emery LLP
                                     Attorneys for Hitachi Koki Co., Ltd.
                                     600 Thirteenth Street, N.W.
                                     Washington, D.C. 20005-3096
                                     202.756.8369
                                     202.756.8087 (Facsimile)

                                     COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st Day of March 2008, a copy of the foregoing PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE A REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT and PROPOSED ORDER was served by first class mail, postage prepaid, on the following:

    Michelle N. Johnson, Esquire
    Assistant United States Attorney
    Civil Division
    555 4th Street, N.W., Room E4212
    Washington, D.C. 20530

    Stephen Walsh, Esquire
    Acting Solicitor
    United States Patent and Trademark Office
    P. O. Box 15667
    Arlington, Virginia 22218

Dated: March 21, 2008

                      Respectfully Submitted,

                      /s/ Paul Devinsky
                      Paul Devinsky (D.C. Bar No. 250373)
                      Michael Connelly (D.C. Bar No. 495872)
                      McDermott Will & Emery LLP
                      600 Thirteenth Street, N.W.
                      Washington, D.C. 20005-3096
                      Telephone: 202.756.8000

                      *Attorneys for Plaintiff*
                      *Hitachi Koki Co., Ltd.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HITACHI KOKI CO., LTD,<br><br>Plaintiff,<br><br>v.<br><br>JON W. DUDAS, Director, United States Patent & Trademark Office,<br><br>Defendant. | Civil Action No.: 07-1504 (ESH) |

## PROPOSED ORDER

This matter having come before the Court on Plaintiff Hitachi Koki Co.'s unopposed motion for an extension of time to file a reply in support of its Motion for Summary Judgment, and it appearing in the interests of justice that the motion should be granted, it is hereby **ORDERED** that the Plaintiff's motion be granted.

And it is further **ORDERED** that Plaintiff shall file its reply in support of its Motion for Summary Judgment on or before April 10, 2008.

**SO ORDERED.**

Dated: March ___, 2008.

_____
Ellen Segal Huvelle
United States District Judge