UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HITACHI KOKI CO., LTD, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No.: 07-1504 (ESH) |
| JON W. DUDAS, Director, United States ) Patent & Trademark Office, ) | |
| Defendant. ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME
TO FILE A REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Plaintiff Hitachi Koki Co., Ltd. ("Hitachi"), through counsel, respectfully moves this Court for an extension of time until April 17, 2008, to file its reply in support of its Motion for Summary Judgment. In support of this Motion, Plaintiff states the following:

1. Plaintiff filed this action on August 21, 2007, challenging the decision of the United States Patent & Trademark Office in which it concluded that the claim in Plaintiff's reissue patent application was unpatentable for obviousness.

2. On February 13, 2008, Hitachi filed a Motion for Summary Judgment.

3. Defendant sought and received three extensions to respond to Hitachi's Motion for Summary Judgment.

4. On March 17, 2008, Defendant filed his Opposition to Hitachi's Motion for Summary Judgment.

5. Hitachi's reply in further support of its Motion for Summary Judgment is due on April 10, 2008. However, due to scheduling demands beyond his control, the undersigned counsel requests additional time in which to complete Hitachi's reply in support of its Motion for Summary Judgment.

6. Accordingly, Hitachi requests an extension of time up to and including April 17, 2008, in which to file a reply in support of its Motion for Summary Judgment.

7. Hitachi requested and has already received one extension of time in which to file a reply.

8. Counsel for Hitachi contacted Defendant's counsel, Michelle N. Johnson, who stated Defendant is <u>unopposed</u> to this Motion.

A proposed Order is attached herewith.

Date:  April 9, 2008

                                        Respectfully submitted,

                                        /s/ Paul Devinsky
                                        Paul Devinsky – D.C. Bar No. 250373
                                        Michael Connelly – D.C. Bar No. 495872
                                        McDermott Will & Emery LLP
                                        Attorneys for Hitachi Koki Co., Ltd.
                                        600 Thirteenth Street, N.W.
                                        Washington, D.C.  20005-3096
                                        202.756.8369
                                        202.756.8087 (Facsimile)

                                        COUNSEL FOR PLAINTIFF

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HITACHI KOKI CO., LTD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JON W. DUDAS, Director, United States )<br>Patent & Trademark Office, )<br>)<br>Defendant. )<br>) | Civil Action No.: 07-1504 (ESH) |

PROPOSED ORDER

This matter having come before the Court on Plaintiff Hitachi Koki Co.,'s Ltd. unopposed motion for an extension of time to file a reply in support of its Motion for Summary Judgment, and it appearing in the interests of justice that the motion should be granted, it is hereby **ORDERED** that the Plaintiff's motion be granted.

And it is further **ORDERED** that Plaintiff shall file its reply in support of its Motion for Summary Judgment on or before April 17, 2008.

**SO ORDERED**.

Dated: April ___, 2008.

_____
Ellen Segal Huvelle
United States District Judge

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 9th day of April, 2008, a copy of the foregoing Plaintiff's Unopposed Motion For An Extension of Time to File A Reply In Support of Its Motion for Summary Judgment and Proposed Order was served by first class mail, postage prepaid on the following:

Michelle N. Johnson, Esquire
Assistant United States Attorney
Civil Division
555 4th Street, N.W., Room E4212
Washington, D.C. 20530

Stephen Walsh, Esquire
Acting Solicitor
United States patent and Trademark Office
Post Office Box 15667
Arlington, Virginia 22218

Dated: April 9, 2008

Respectfully Submitted,

/s/ Paul Devinsky
Paul Devinsky (D.C. Bar No. 250373)
McDermott Will & Emery LLP
600 Thirteenth Street, N.W.
Washington, D.C. 20005-3096
Telephone: 202.756.8000

*Attorneys for Plaintiff*
*Hitachi Koki Co., Ltd.*

WDC99 1553254-1.033065.0025