UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HITACHI KOKI CO., LTD., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JON W. DUDAS, Director, United States )<br>Patent and Trademark Office, )<br>)<br>Defendant. )<br>) | Case No. 07-CV-01504 (ESH) |

### NOTICE OF SUBMISSION OF JOINT APPENDIX

Pursuant to Local Rule 7(n) of the Civil Rules of this Court, Plaintiff Hitachi Koki Co., Inc. and Defendant the Patent and Trademark Office (collectively, "the parties") hereby notify the Court that the parties will submit the Joint Appendix no later than May 22.

Dated: May 12, 2008

                        Respectfully Submitted,

_____
Paul Devinsky (D.C. Bar No. 250373)
Michael Connelly (D.C. Bar No. 495872)
McDermott Will & Emery LLP
600 Thirteenth Street, N.W.
Washington, D.C. 20005-3096
Telephone: 202.756.8000

*Attorneys for Plaintiff*
*Hitachi Koki Co., Ltd.*

_____
Michelle N. Johnson (D.C. Bar No. 491910)
Assistant United States Attorney
Civil Division
555 4th Street NW- Room E4212
Washington, DC 20530
Telephone: 202.514.7139
*Attorneys for Defendant*
*United States Patent and Trademark Office*

## CERTIFICATE OF SERVICE

I, Michael Connelly, hereby certify that a true and correct copy of the foregoing was served on May 12, 2008 on the service list established for this proceeding pursuant to Local Civil Rule 5.4.

　　　　　　　　　　　　　　　　　　　Michael Connelly