IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HITACHI KOKI CO., LTD,** ) | |
| ) | |
| **Plaintiff,** ) | Civil Action No.: 07-1504 (ESH) |
| ) | |
| v. ) | |
| ) | |
| ) | |
| **JON W. DUKAS, Director, United States** ) | |
| **Patent & Trademark Office,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| ) | |

### JOINT DISCOVERY PLAN

Pursuant to this Court's order of May 29, 2008, the parties have conferred and submit the following Joint Discovery Plan, setting out dates or date ranges for the exchange of written discovery and depositions:

**1.   MOTIONS TO AMEND PLEADINGS OR JOIN PARTIES:**

Neither Hitachi Koki Co. Ltd. ("Hitachi") nor the U.S. Patent and Trademark Office (the "USPTO") intends to amend the pleadings or to join additional parties. The parties agree to proceed directly to the service of written discovery.

**2.   WRITTEN DISCOVERY**:

The parties anticipate serving limited written discovery. The parties intend to exchange their written discovery requests, including any requests for production of documents, on July 21, 2008. The parties will serve no more than 25 interrogatories and 20 requests for admission. Responses to any written discovery will be provided within 30 days, or August 21, 2008.

**3.     EXPERT REPORTS AND DISCOVERY:**

Hitachi will identify the expert(s) it intends to designate on or before July 14, 2008 and will produce a declaration or report containing its expert(s)' opinions on that date. Defendant expects that it will identify its rebuttal expert(s) on or before August 14, 2008 and will produce a declaration or report containing its expert(s)' opinions on that date.[1] The parties will conduct expert and any fact witness depositions during the period between August thru and including September, 2008.

**4.     DISPOSITIVE MOTIONS**

The parties intend to file cross motions for summary judgment on October 3, 2008. Oppositions will be filed on November 3, 2008. Replies will be filed on November 17, 2008.

A proposed order accompanies this Joint Discovery Plan.

Dated: July 7, 2008

Respectfully submitted,

| /s/ Michael Connelly | /s/ Jeffrey A. Taylor |
|---|---|
| PAUL DEVINSKY, D.C. BAR # 250373 | JEFFREY A. TAYLOR, D.C. BAR # 498610 |
| MICHAEL CONNELLY, D.C. BAR #495872 | United States Attorney |
| McDermott Will & Emery, LLP | /s/ Rudolph Contreras |
| 600 Thirteenth Street, N.W. | RUDOLPH CONTRERAS, D.C. BAR # 434122 |
| Washington, DC 20005-3096 | Assistant United States Attorney |
| ATTORNEYS FOR PLAINTIFF | /s/ Michelle N. Johnson |

---

[1] Defendant has to comply with the governmental procurement process prior to retaining its expert. Defendant has already initiated this process and expects that it should not have a problem identifying its expert by August 14th, however, in the event any delays become apparent, defendant will notify the Court and plaintiff's counsel.

2

MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139

ATTORNEYS FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HITACHI KOKI CO., LTD,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>**JON W. DUKAS, Director, United States** )<br>**Patent & Trademark Office,** )<br>)<br>**Defendant.** )<br>)<br>) | Civil Action No.: 07-1504 (ESH) |

**[PROPOSED] ORDER**

This matter having come before the Court on the parties' Joint Discovery Plan, and it appearing that the parties have reached agreement concerning the conduct of discovery in this matter, it is hereby

**ORDERED** that the parties may exchange written discovery requests, including any requests for production of documents, no later than July 21, 2008. Each side may serve no more than twenty-five (25) interrogatories and twenty (20) requests for admission. Responses to written discovery requests are due within thirty (30) days after service of the request. It is further

**ORDERED** that plaintiff shall identify the experts it intends to rely upon in this matter and will produce a declaration or report containing its expert(s)' opinions no later than July 14, 2008. It is further

**ORDERED** that defendant shall identify any rebuttal experts and will produce a declaration or report containing its expert(s)' opinions no later than August 14, 2008. It is further

**ORDERED** that the parties may will conduct factual and expert depositions beginning in

August and ending by September 30, 2008.  It is further

**ORDERED** that the parties shall file cross-motions for summary judgment on October 3, 2008.  Oppositions shall be filed on November 3, 2008.  Replies shall be filed on November 17, 2008.

**SO ORDERED** on this _____ day of _____, 2008.

_____
ELLEN SEGAL HUVELLE
United States District Judge