UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HITACHI KOKI CO., LTD, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JON W. DUDAS, Director, United States ) <br> Patent & Trademark Office, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No.: 07-1504 (ESH) |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME
TO FILE EXPERT DECLARATIONS**

Plaintiff Hitachi Koki Co., Ltd. ("Hitachi"), through counsel, respectfully moves this Court for an extension of time until July 15, 2008 to serve expert declarations on Defendant Jon W. Dudas. In support of this Motion, Plaintiff states the following:

1. Declarant Paul Hatch has been unavailable to sign his declaration and is expected to be available by tomorrow, July 15, 2008.

2. Accordingly, Hitachi requests an extension of time up to and including July 15, 2008, in which to serve its declarations on Defendant pursuant to this Court's scheduling order, and to commensurately move the date on which Defendant's expert declarations will be due August 15, 2008.

3. Counsel for Hitachi contacted Defendant's counsel, Michelle N. Johnson, who stated Defendant is <u>unopposed</u> to this Motion.

A proposed Order is attached herewith.

Date: July 14, 2008

Respectfully submitted,

/s/ Paul Devinsky
Paul Devinsky – D.C. Bar No. 250373
Michael Connelly – D.C. Bar No. 495872
McDermott Will & Emery LLP
Attorneys for Hitachi Koki Co., Ltd.
600 Thirteenth Street, N.W.
Washington, D.C. 20005-3096
202.756.8369
202.756.8087 (Facsimile)

COUNSEL FOR PLAINTIFF

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HITACHI KOKI CO., LTD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JON W. DUDAS, Director, United States )<br>Patent & Trademark Office, )<br>)<br>Defendant. )<br>) | Civil Action No.: 07-1504 (ESH) |

## PROPOSED ORDER

This matter having come before the Court on Plaintiff Hitachi Koki Co.'s unopposed motion for an extension of time to file a reply in support of its Motion for Summary Judgment, and it appearing in the interests of justice that the motion should be granted, it is hereby **ORDERED** that the Plaintiff's motion be granted.

And it is further **ORDERED** that Plaintiff shall serve its expert declarations on July 15, 2008 and Defendant shall serve its expert declarations on August 15, 2008.

**SO ORDERED.**

Dated: July ___, 2008.   _____
Ellen Segal Huvelle
United States District Judge

WDC99 1591224-1.033065.0025

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 14th day of July, 2008, a copy of the foregoing **Plaintiff's Unopposed Motion for an Extension of Time to File Expert Declarations** was served by first class mail, postage prepaid on the following:

Michelle N. Johnson, Esquire
Assistant United States Attorney
Civil Division
555 4th Street, N.W., Room E4212
Washington, D.C.  20530

Stephen Walsh, Esquire
Acting Solicitor
United States patent and Trademark Office
Post Office Box 15667
Arlington, Virginia  22218

Dated: July 14, 2008

                                        Respectfully Submitted,

                                             /s/ Paul Devinsky
                                    Paul Devinsky (D.C. Bar No. 250373)
                                    McDermott Will & Emery LLP
                                    600 Thirteenth Street, N.W.
                                    Washington, D.C.  20005-3096
                                    Telephone:  202.756.8000

                                    *Attorneys for Plaintiff*
                                    *Hitachi Koki Co., Ltd.*