UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HITACHI KOKI CO., LTD,** ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 07-1504 (ESH) |
| ) | |
| v. ) | |
| ) | |
| **JON W. DUDAS**, Director, United States ) | |
| Patent & Trademark Office, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME IN WHICH TO SERVE HIS EXPERT DECLARATION

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant, Jon W. Dudas, through counsel, respectfully moves this Court for an enlargement of time to serve his expert declaration on counsel for plaintiffs. In support of this motion, defendant states the following:

1. On July 10, 2008, this Court issued a scheduling order setting forth the deadline for the service of expert declarations by the parties.

2. Defendant's deadline for service of its expert declaration is currently August 15, 2008. However, defendant requires more time to enable it to serve its expert declaration. Accordingly, defendant requests up to and including August 21, 2008 in which to serve his expert declaration on plaintiff.

3. Pursuant to LCvR 7(m), counsel for defendant contacted plaintiff's counsel who stated that plaintiff does not oppose the relief sought in this motion.

Dated: August 14, 2008

        Respectfully submitted,

        JEFFREY A. TAYLOR, D.C. Bar # 498610
        United States Attorney

          /s/ Michelle N. Johnson
        MICHELLE N. JOHNSON, D.C. BAR # 491910
        Assistant United States Attorney
        United States Attorney's Office
        Civil Division
        555 4th Street, N.W. – Room E4212
        Washington, D.C. 20530
        (202) 514-7139

        COUNSEL FOR DEFENDANT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HITACHI KOKI CO., LTD,** ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 07-1504 (ESH) |
| ) | |
| v. ) | |
| ) | |
| ) | |
| **JON W. DUDAS, Director, United States** ) | |
| **Patent & Trademark Office,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**[PROPOSED] ORDER**

This matter having come before the Court on defendant's unopposed motion for an extension of time to serve his expert declaration, it is hereby

**ORDERED** that defendant's motion is **GRANTED**. And it is further

**ORDERED** that defendant has up to and including August 21, 2008, in which to serve its expert declaration on plaintiff.

**SO ORDERED** on this _____ day of August, 2008.

_____
ELLEN SEGAL HUVELLE
United States District Judge